UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOWARD RUBIN, and JENNIFER POWERS, | Case No. 1:25-cr-00281<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jolene LaVigne-Albert, of the law firm of Schlam Stone & Dolan LLP, is appearing in this action as counsel for Defendant Jennifer Powers, and certifies that she is admitted to practice in this Court. Please take further notice that all papers and correspondence in this proceeding should be directed to the undersigned counsel at the address and email address below.

Dated: New York, New York
September 30, 2025

**SCHLAM STONE & DOLAN LLP**

By: /s/ Jolene LaVigne-Albert
Jolene LaVigne-Albert
26 Broadway
New York, New York 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677
E-mail: jlavignealbert@schlamstone.com

*Attorney for Defendant Jennifer Powers*