**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOWARD RUBIN, and JENNIFER POWERS, | Case No. 1:25-cr-00281<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Angela Li, of the law firm of Schlam Stone & Dolan LLP, is appearing in this action as counsel for Defendant Jennifer Powers, and certifies that she is admitted to practice in this Court. Please take further notice that all papers and correspondence in this proceeding should be directed to the undersigned counsel at the address and email address below.

Dated: New York, New York
       September 30, 2025

                                  **SCHLAM STONE & DOLAN LLP**

                                  By:   _/s/ Angela Li_
                                            Angela Li
                                            26 Broadway
                                            New York, New York 10004
                                            Tel.: (212) 344-5400
                                            Fax: (212) 344-7677
                                            E-mail: ali@schlamstone.com

                                            *Attorney for Defendant Jennifer Powers*