# EXHIBIT C

October 3, 2025

Dear Judge,

I am writing to provide a personal character reference for my father, Howard Rubin. While I understand the seriousness of the charges before the Court, I feel it is important to share the role he has played in my life, my partner's life, and more importantly, the lives of our three children.

It is often said that it takes a village to raise children, and my dad has been a vital part of that village. He has stepped up time and again to be a consistent, supportive presence. He is deeply involved in my children's daily routines—picking them up from school on multiple afternoons each week, taking them to after-school activities, helping with meals and bedtime routines, and caring for them on weekends when we need help. This regular schedule of involvement has become something my family relies upon, and my children have come to see his presence as a steady part of their lives.

He is a devoted and loving grandfather who goes above and beyond to create joy for his grandchildren. He dresses up in costumes—like characters from Frozen—just to make them smile. He even turned the living room in his home into a tumbling mat and ball pit play area so the kids would have a special gym-like space to enjoy. He is there for all their birthdays, helping to set up and celebrate, and he makes ordinary days feel just as special by being actively engaged in their lives.

Beyond fun, he has been there in practical ways. He has taken my children to medical appointments when we have conflicts, such as physical therapy for my one-year-old son who needs gross motor therapy, and to the pediatrician for routine care. He has held my daughters' hands when they get a shot at the doctor's office, offering comfort during times that can be scary for young children.

I am now seven months pregnant with my fourth child and am expecting my father to continue to be the same reliable presence in my life that he has always been. My parents have organized everything so they'll take care of my older kids, plus our two dogs and cats, until I'm able to get back on my feet and handle things myself after the baby is born.

To our family, he has been an extraordinary source of love, stability, and support. I respectfully ask the Court to consider these qualities of my father—the caring, dependable, and engaged grandfather I know—when evaluating his case.

Snapshot of His Weekly Role:

- Picks up the children from school four afternoons each week.

- Takes them to after-school activities including tap dance, ballet, gymnastics, and swimming lessons.

- Joins in on meals, playtime, and bedtime routines on weeknights.

- Provides weekend care, often for full days, so my partner and I can manage other responsibilities.

- Attends and helps prepare for birthdays, celebrations, and family milestones.

- Accompanies children to medical and therapy appointments when needed.

- Helps to manage and oversee repairs and contractors at our new home in Easton, CT.

I have attached just a few pictures that show my father's devotion to his grandchildren and the love my kids have for him.

Sincerely,

Annalee Rubin





























