TBM
F. #2017R01960

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HOWARD RUBIN,

            Defendant.

- - - - - - - - - - - - - - - - - X

A P P L I C A T I O N

No.  25 CR 281(BMC)

      JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Tara McGrath, submits this application for an order permitting agents and officers of the Federal Bureau of Investigation and/or Internal Revenue Service (together, the "Agents") to take custody of HOWARD RUBIN, Register Number 13057-512, from the United States Marshals Service ("USMS") and the Metropolitan Detention Center in Brooklyn, New York ("MDC") for the purpose of transporting him to the United States District Court for the Eastern District of New York ("EDNY") for a bail hearing scheduled for December 17, 2025.  Counsel for HOWARD RUBIN has been informed and has no objection to this request.  The USMS has also been informed of this request and approve.

      The Agents are prepared to take custody of HOWARD RUBIN and escort him to EDNY on December 17, 2025, at 9:00 a.m. or as soon as practicable thereafter.  Unless HOWARD RUBIN is ordered released from custody by the Court pursuant to the bail hearing, HOWARD RUBIN will be returned to the MDC before 9:00 p.m. on the same day, either by the Agents or the USMS.

WHEREFORE, it is respectfully requested that this Court issue the enclosed proposed order permitting the Agents to take custody of HOWARD RUBIN from the USMS and the MDC on December 17, 2025, to transport him to EDNY, and to allow the Agents or USMS to return him to the MDC by 9:00 p.m. on the same day.

Dated:   Brooklyn, New York
         December 17, 2025

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:     /s/
        Tara McGrath
        Assistant United States Attorney
        (718) 254-6454

TBM
F. #2017R01960

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

HOWARD RUBIN,

           Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

No. 25 CR 281(BMC)

      Upon the application of United States Attorney JOSEPH NOCELLA, JR., by Assistant United States Attorney Tara McGrath, for an order permitting agents and officers of the Federal Bureau of Investigation and/or Internal Revenue Service (together, the "Agents") to take custody of HOWARD RUBIN, Register Number 13057-512, from the United States Marshals Service ("USMS") and the Metropolitan Detention Center in Brooklyn, New York ("MDC") for the purpose of transporting him to the United States District Court for the Eastern District of New York ("EDNY") to attend a bail hearing scheduled for December 17, 2025, it is hereby:

      ORDERED that the Agents are permitted to take custody of HOWARD RUBIN, a federal prisoner at the MDC, from the USMS and MDC on December 17, 2025, at 9:00 a.m. or

as soon as practicable thereafter, and transport him to the EDNY, and for the Agents or USMS to return him to the MDC before 9:00 p.m. on the same day.

Dated:    Brooklyn, New York
         December 17, 2025

                                         _____
                                         *Joseph A. Marutollo*
                                         UNITED STATES MAGISTRATE JUDGE
                                         EASTERN DISTRICT OF NEW YORK

2