

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TBM/RSB
F. #2017R01960

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 2, 2026

By Email & ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Howard Rubin et al.
                 Criminal Docket No. 25-281 (S-1) (BMC)

Dear Judge Cogan:

      The parties respectfully submit this letter pursuant to the Court's January 26, 2026, Order directing the parties to file a status report regarding the status of discovery and plea negotiations by February 2, 2026. See Minute Entry dated Jan. 26, 2026.

      To date, the government has produced over 1 terabyte of discovery to defendants Howard Rubin and Jennifer Powers, and anticipates making additional productions in the near future. Separately, on January 23, 2026, counsel for defendant Stephen Powers entered notices of appearance, and on January 30, 2026, the Court entered a Protective Order as to them. See ECF Nos. 65-66, 69. The government intends to begin producing discovery to the defendant Stephen Powers shortly.

      On January 20, counsel for defendant Rubin sent a letter to the government requesting particulars related to the charges against him, including, among other things, the dates on which Rubin allegedly exceeded consent as to each Jane Doe referenced in the Indictment. The government will respond in writing, including to note its objections to the requests.

      As to plea negotiations, the parties have yet to engage in plea negotiations.

The parties remain available to answer any further questions from the Court.

Respectfully submitted,

JOSEPH NOCELLA, Jr.
United States Attorney

By: _____
Tara McGrath
Raffaela Belizaire
Assistant United States Attorneys
(718) 254-6454/6295

cc:    Clerk of Court (BMC) (by ECF)
       Counsel of Record (by ECF)