UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**v.**

**HOWARD RUBIN, JENNIFER POWERS, and STEPHEN POWERS**

**Case No. 1:25-cr-00281**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Damon M. Cheronis, of the law firm Cheronis & Parente LLC, is appearing in this action as counsel for Defendant Jennifer Powers and certifies that he is admitted to practice pro hac vice in the above captioned matter. Please take further notice that all papers and correspondence in this proceeding should be directed to the undersigned counsel at the address and email listed below.

Dated: Chicago, Illinois
March 3, 2026

**CHERONIS & PARENTE LLC**

By: /s/Damon M. Cheronis

**Damon M. Cheronis**
140 S. Dearborn Street, Suite 404
Chicago, Illinois 60603
Tel.: (312) 663-4644
Fax: (312) 277-1920
Email: damon@cheronislaw.com

*Attorney for Defendant Jennifer Powers*