UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Case No. 1:25-cr-00281

NOTICE OF APPEARANCE

HOWARD RUBIN, JENNIFER POWERS,
and STEPHEN POWERS

**PLEASE TAKE NOTICE** that Donna A. Rotunno, of the law firm Rotunno & Giralamo, P.C., is appearing in this action as counsel for Defendant Jennifer Powers and certifies that she is admitted to practice pro hac vice in the above captioned matter. Please take further notice that all papers and correspondence in this proceeding should be directed to the undersigned counsel at the address and email listed below.

Dated: Chicago, Illinois
        March 6, 2026

By:    /s/Donna A. Rotunno
       **Donna A. Rotunno**
       *Attorney for Defendant Jennifer Powers*

       **Rotunno & Giralamo, P.C.**
       140 S. Dearborn Street, Suite 404
       Chicago, Illinois 60603
       Tel.: (708) 615-9400
       Email: secretary@rotunnogiralamo.com