Angela Li
Associate

Direct: 212 612-0680
ali@schlamstone.com

Schlam Stone & Dolan LLP
26 Broadway, New York, NY 10004
Main: 212 344-5400 Fax: 212 344-7677
schlamstone.com

June 10, 2026

**BY EMAIL AND ECF**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *U.S. v. Rubin et al.*, Case No.: 25-CR-00281 (BMC)

Dear Judge Cogan:

We are counsel to Defendant Jennifer Powers in the above-captioned action. We write on behalf of all parties to respectfully request that the *Curcio* hearing and status conference currently scheduled for July 16, 2026 at 11AM be rescheduled (*see* Scheduling Order dated June 5, 2026). The reason for this request is because Ms. Powers's counsel is not available on that date.

We have consulted with the attorneys for the government and the other two defendants, and all parties are available on the following dates:

July 29 and 30, 2026.

All parties agree that the *Curcio* hearing and status conference should still be scheduled for the same day, if the Court agrees. And all defendants agree to exclude the time until the hearing date under the Speedy Trial Act.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

Angela Li

cc: Clerk of Court (BMC) (via ECF and email)
All Counsel of Record (via ECF and email)