Angela Li
Associate

Direct: 212 612-0680
ali@schlamstone.com

Schlam Stone & Dolan LLP
26 Broadway, New York, NY 10004
Main: 212 344-5400 Fax: 212 344-7677
schlamstone.com

July 27, 2026

**BY EMAIL AND ECF**
The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *U.S. v. Rubin et al.*, Case No.: 25-CR-00281 (BMC)

Dear Judge Cogan:

We are counsel to Defendant Jennifer Powers in the above-captioned action. We write on behalf of all parties to respectfully request that the Curcio Hearing and compliance conference scheduled for August 31, 2026 be rescheduled. The reason for the request is that Ms. Powers's counsel is not available on that date.

We have consulted with the attorneys for the government and the other two defendants and all parties are available on the following dates:

- September 17 after 1PM;
- September 18 before 1PM;
- October 6 before 2PM;
- October 7 anytime;
- October 8 before 2PM;
- October 13 before 2PM;
- October 14 anytime; and
- October 15 anytime.

All parties agree that the Curcio hearing and the next compliance conference could be scheduled for the same day, if the Court agrees. All defendants agree to exclude the time until the next conference under the Speedy Trial Act.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

Angela Li