KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34th FLOOR
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www kostelanetz.com

OTHER OFFICES

WASHINGTON, DC
ATLANTA, GA
HACKENSACK, NJ

August 17, 2026

**VIA ECF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Howard Rubin, et al.*, 25 Cr. 281 (BMC)

Dear Judge Cogan:

We represent Stephen Powers, a defendant in the above-captioned matter. On Friday, we filed a motion to dismiss for lack of venue the tax charges in the Indictment, which are the only charges against Mr. Powers in this case. We write to request that the Court excuse Mr. Powers from appearing at the *Curcio* hearing scheduled for Monday, August 26th.

The government's sole basis for seeking a *Curcio* hearing as to Mr. Powers is that he is a co-defendant of Howard Rubin. *See* ECF No. 75 (government letter at 8-9). As we previously raised with the Court during a pre-trial conference and as is evident from the face of the Indictment, which specifies that the conduct occurred within the District of New Jersey, the government knowingly charged the tax counts out of venue. Accordingly, we anticipate that the Court will dismiss the Indictment against Mr. Powers, in which case the government's basis for seeking a *Curcio* hearing as to him will become moot since Howard Rubin will no longer be a co-defendant.

In order to avoid wasting the Court's time and requiring Mr. Powers to incur the expense of traveling to New York from Texas, we ask that the Court excuse him from appearing at the August 26th hearing. The U.S. Attorney's Office has informed us that it takes no position on this request.

Respectfully submitted,

Sharon L. McCarthy

Sharon L. McCarthy
Christopher M. Ferguson