**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH:RSB
F. #2017R01960

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 18, 2026

By Email and ECF
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Stephen Powers
Criminal Docket No. 25-281 (BMC)

Dear Judge Cogan:

The government respectfully submits this letter pursuant to the Court's order on August 18, 2026, directing the government to submit a position on Stephen Powers' request to be excused from the Curcio hearing scheduled for August 26, 2026. Upon further consideration, the government requests that the Court proceed with the Curcio hearing as to all parties, including Stephen Powers, and direct him to appear so that Curcio counsel may be appointed, and a determination can be made about the nature and extent of a potential conflict, and whether it is one that may be waived as outlined in the government's letters dated February 20, 2026, ECF Nos. 75 (public filing) and 76 (sealed filing).

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Kayla Bensing
Tara McGrath
Raffaela S. Belizaire
Nina Gupta
Assistant U.S. Attorneys
(718) 254-7000