**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JENNIFER POWERS and<br>STEPHEN POWERS,<br><br>Defendants. | **No. 25-Cr. 281 (BMC) (S-1)** |

**ORDER**

WHEREAS, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)(i), Defendants JENNIFER POWERS and STEPHEN POWERS moved to dismiss for improper venue Counts Eleven through Sixteen of the Superseding Indictment (ECF No. 120); and

WHEREAS the Government does not object to dismissal of Counts Eleven through Sixteen of the Superseding Indictment without prejudice (ECF No. 130);

IT IS HEREBY ORDERED that:

1. Counts Eleven through Sixteen of Indictment 25 Cr. 281 (BMC) (S-1) are DISMISSED without prejudice.

2. The bail orders issued as to defendant STEPHEN POWERS on October 2, 2025 (ECF Nos. 30 and 31) are VACATED.

3. The Bond executed by defendant STEPHEN POWERS is EXONERATED.

4. The Surety is RELEASED from any obligation to secure the Bond executed by defendant STEPHEN POWERS.

Dated: Brooklyn, New York
August 27th, 2026

SO ORDERED:

Brian M. Cogan
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK