UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOWARD RUBIN, et al.,<br><br>Defendant. | Case No.: 25-cr-281(BMC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendant Howard Rubin, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 225 Cadman Plaza East, New York, N.Y., 11201, at a date and time to be determined by the Court, for an Order to reassign this case to its originally assigned judge because this criminal case is not, and by rule cannot be, related to a prior civil case, and, in the alternative, to disqualify pursuant to 28 U.S.C. § 455.

Dated: October 2, 2026
New York, NY

Respectfully submitted,

Marc Agnifilo
Zach Intrater
Teny R. Geragos
AGNIFILO INTRATER LLP
140 Broadway, Ste. 4530
New York, NY 10005

Michael J. Gilbert
Katherine Anne Boy Skipsey
Julian Klein
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
*Attorneys for Defendant Howard Rubin*

cc: Counsel for the government (via ECF)